UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JASON BALLANTYNE.,

    Plaintiff,                         Case No. 17-cv-11018
                                         Hon. Matthew F. Leitman

v.

SPARK ENERGY, INC.

    Defendant.
_____/

## ORDER ON SCHEDULING CONFERENCE

On July 19, 2017, the Court held a telephonic scheduling conference with counsel for all parties. For the reasons explained during that conference, in lieu of entering a full scheduling order at this time, the Court will instead authorize the parties to conduct discovery for a period of ninety (90) days focused on the issue of determining the identification of the entity (or entities) that placed, or are responsible for placing, the telephone calls that are the subject of this civil action. At the conclusion of this ninety-day period, the Court will convene a telephonic status conference to discuss the appropriate next steps in this action.

**IT IS SO ORDERED**.

                                            s/Matthew F. Leitman
                                            MATTHEW F. LEITMAN
Dated: July 19, 2017             UNITED STATES DISTRICT JUDGE

2

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 19, 2017, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764
