UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JASON BALLANTYNE,

    Plaintiff,   Case No. 17-cv-11018
                             Hon. Matthew F. Leitman

v.

SPARK ENERGY, INC.

    Defendant.

---

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

The plaintiff files this stipulation of dismissal without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) of all claims in the above-captioned case against the defendant. None of the rights of any putative class members have been released, or are otherwise affected by this dismissal.

Respectfully agreed and submitted, this 24th day of October, 2017.

| | |
|---|---|
| By:*/s/ Edward A. Broderick* | By: */s/ Gregory T. Fouts* |
| Edward A. Broderick | Gregory T. Fouts |
| Anthony Paronich | MORGAN LEWIS & BOCKIUS, LLP |
| Broderick Law, P.C. | 77 West Wacker Drive, Suite 500 |
| 99 High Street, Suite 304 | Chicago, IL 60601 |
| Boston, MA 02110 | Telephone: (312) 324-1000 |
| (617) 738-7080 | Facsimile: (312) 324-1001 |
| Fax (617) 830-0327 | Gregory.fouts@morganlewis.com |
| ted@broderick-law.com | |
| anthony@broderick-law.com | |

| | |
|---|---|
| I. Matthew Miller (Local Counsel)<br>Swistak & Levine, P.C.<br>30833 Northwestern Hwy., Suite 120<br>Farmington Hills, MI 48334<br>(248) 851-8000<br>Fax (248) 851-4620<br>mmiller@swistaklevine.com<br><br>*Counsel for Plaintiff*<br>*Jason Ballantyne* | Michelle Pector<br>MORGAN LEWIS & BOCKIUS, LLP<br>1000 Louisiana , Suite 4000<br>Houston, TX 77002-5005<br>Telephone: (713) 890-5455<br>Facsimile: (713) 890-5001<br>michelle.pector@morganlewis.com<br><br>*Counsel for Spark Energy, Inc.* |

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

JASON BALLANTYNE,

    Plaintiff,                              Case No. 17-cv-11018
                                               Hon. Matthew F. Leitman

v.

SPARK ENERGY, INC.

    Defendant.

_____

## ORDER OF DISMISSAL WITHOUT PREJUDICE

The plaintiff filed this stipulation of dismissal without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) of all claims in the above-captioned case against the defendant. With none of the rights of any putative class members have been released, or are otherwise affected by this dismissal, the Court GRANTS this stipulation.

                                                    s/Matthew F. Leitman
                                                    MATTHEW F. LEITMAN
                                                    UNITED STATES DISTRICT JUDGE

Dated: October 25, 2017